UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER A. LEIPHART,

    Plaintiff,

v.                                    Case No. 3:25cv547-TKW-HTC

STEVEN WARRICK and
SANTA ROSA COUNTY,

    Defendants.
_____/

## **ORDER**

    This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7) and Plaintiff's objections (Doc. 8). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that the claims against Defendant Warrick are barred by absolute judicial immunity and that the claims against the County are frivolous because it is not responsible for the supervision of state court judges or the acts and omissions of the state child protection agency. The Court also agrees that leave to amend would be futile because Plaintiff's proposed additional factual allegations (*see* Doc. 8 at 17-18) would not overcome the substantive deficiencies with the claims identified by the magistrate judge and summarized above.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED under 28 U.S.C. §1915(e)(2)(B)(i) as frivolous.

3. All pending motions are DENIED as moot.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 12th day of May, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**